COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| HILL COUNTRY PRESERVATION, LLC, | § | No. 08-23-00205-CV |
| Appellant, | § | Appeal from |
| v. | § | 38th Judicial District Court |
| PHILIP G. KING and SYNCHROPILE, INC., | § | of Real County, Texas |
| Appellees. | § | (TC# 2023-3796-DC) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The trial court's ruling granting summary judgment and dismissing Appellant's claims is affirmed except with regard to the negligence claim arising from the specific professional engineering services King agreed to perform. The portion of the trial court's judgment dismissing Appellant's negligence claim only to that extent is reversed and remanded to the trial court for further proceedings consistent with the Court's opinion.

We further order that each party shall pay one-half of the costs of appeal, for which let execution issue. *See* Tex. R. App. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 30TH DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Alley, C.J., concurring without opinion.